USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

TRUSTEES OF THE IRON WORKERS LOCALS 40 361 & 417 HEALTH FUND, *et al.*,

Plaintiffs,

-v-

FEINSTEIN IRON WORKS, INC., *et al.*,

Defendants.

------------------------------------------------------------ X

1:25-cv-8099-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 29, 2026, Plaintiffs filed their motion for Default Judgment and supporting documents. Dkt. Nos. 47–54. Counsel for Plaintiffs are requesting attorney's fees, however they have not submitted timesheets and their hourly rates. Counsel for plaintiffs are directed to submit an affidavit with the supporting materials for their application for attorney's fees, including the relevant time records, and the qualifications for each lawyer to justify the billing rate requested, by no later than October 15, 2026 at 4:00 p.m. Counsel are also directed to submit an explanation for Plaintiff's requested 18% of prejudgment interest to be calculated through the date of judgment. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge