USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

TRUSTEES OF THE IRON WORKERS LOCALS 40 361 & 417 HEALTH FUND, IRON WORKERS, LOCALS 40, 361 & 417 PENSION FUND, IRON WORKERS LOCALS 40, 361 & 417 APPRENTICESHIP AND TRAINING FUND, IRON WORKERS LOCALS 40, 361 & 417 ANNUITY FUND, IRON WORKERS LOCALS 40, 361 & 417 TOPPING OUT FUND, and IRON WORKERS LOCAL No. 361, collectively known as IRON WORKERS LOCALS 40, 361 & 417 UNION SECURITY FUNDS,

Plaintiffs,

-against-

FEINSTEIN IRON WORKS, INC., and B. M. ALTER ERECTORS CORP.

Defendants.

------------------------------------------------------------------------------X

**Civil Case No.:**

**25-cv-08099 GHW**

**~~PROPOSED~~ DEFAULT JUDGEMENT**

The Summons and Complaint having been duly served on the above-named Defendants FEINSTEIN IRON WORKS INC. and B.M. ALTER ERECTORS CORP, 99 Washington Avenue, 6th Floor, Albany, New York 12231 and proofs of such service having been filed with the Court on October 17, 2025 , and said Defendants having failed to file an Answer to said Complaint within the time prescribed by law, and said default having been duly noted by the Clerk of this Court on January 20, 2026.

NOW, on the motion of COLLERAN, O'HARA & MILLS L.L.P., attorneys for Plaintiffs, it is hereby:

**ORDERED** that Plaintiffs, TRUSTEES OF THE IRON WORKERS LOCALS 40 361 & 417 HEALTH FUND, IRON WORKERS, LOCALS 40, 361 & 417 PENSION FUND, IRON

WORKERS LOCALS 40, 361 & 417 APPRENTICESHIP AND TRAINING FUND, IRON WORKERS LOCALS 40, 361 & 417 ANNUITY FUND, IRON WORKERS LOCALS 40, 361 & 417 TOPPING OUT FUND, and IRON WORKERS LOCAL No. 361, collectively known as IRON WORKERS LOCALS 40, 361 & 417 UNION SECURITY FUNDS (referred to as the "PLAINTIFFS"), motion for default judgment is **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that Plaintiffs have judgment jointly and severally against each of the Defendants FEINSTEIN IRONS WORKS INC. and B.M. ALTER ERECTORS CORP. in the amount of $272,251.66 which represents:

1. $105,529.24 in the remaining principal delinquent contributions for the periods week ending July 28, 2023 through March 29, 2024;
2. $82,518.27 in interest, calculated at ten percent (10%) per year in accordance with Section 24 (g) of the collective bargaining agreement;
3. $57,105.84 in liquidated damages, which represents 20% in accordance with Section 24(g) of the collective bargaining agreement of the amount owed in unpaid contributions for the period from January 1, 2009 through August 26, 2018;
4. Attorney's fees in the amount of $26,382.31, 25% of the remaining principal balance in accordance with Section 24(g) of the collective bargaining agreement;
5. Court costs and disbursements in the amount of $716.00; and

6. Such other legal and equitable relief as the Court deems proper the court deems just and proper.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs against Defendants FEINSTEIN IRON WORKS INC. and B.M. ALTER ERECTORS CORP., jointly and severally, in the amount of $272.251.66, and to close this case.

Dated:

October 16, 2026
New York, New York

SO ORDERED:

GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE